# NOTICE !

The document that you have requested on *RACER* exceeds the 200 page limit established by this Court's Administrative Order concerning access to electronic case files. Copies of this document can be obtained for a fee of fifty cents per page by calling the appropriate office corresponding to the case number. (See below)

Cases beginning with the # **4** - *for copies* call 515-284-6248
                *to review*, go to Room 300, 123 E. Walnut St.
                                Des Moines, Ia

Cases beginning with the # **3** - *for copies* call 319-322-3223
                *to review* go to Room 215, 131 4th St., Davenport, Ia.

Cases beginning with the # **1** - *for copies* call 712-328-0283
                *to review* go to Room 313. 8 So. 6th St., Council Bluffs, Ia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
02 NOV 12 PM 2:53
CLERK U.S. DISTRICT C...
SOUTHERN DISTRICT OF IA

| | |
|---|---|
| NORTHERN NATURAL GAS COMPANY and NORTHERN BORDER PIPELINE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> DIANE MUNNS, MARK O. LAMBERT, and ELLIOTT SMITH Individually in their Official Capacity as Members of the Iowa Utilities Board <br><br> Defendants. | CIVIL ACTION <br><br> NO. 4:01-CV-70473 <br><br><br> APPENDIX TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

The Plaintiffs, Northern Natural Gas Company ("*Northern Natural*") and Northern Border Pipeline Company ("*Northern Border*"), pursuant to LR 56.1(e), submit the following Appendix in support of their Motion for Summary Judgment.

| ATTACHMENT | DESCRIPTION |
|---|---|
| A | "Instructions for County Inspectors" published by Iowa Utilities Board |
| B | "Ag Landowner Rights" Pamphlet published by Iowa Utilities Board |
| C | Plaintiffs' Sample Easement Contracts |
| D | Evidence of Scope (Tables of Contents) of Various Relevant Federal Statutes and Regulations |

| E | FERC Upland Erosion Control, Revegetation and Maintenance Plan |
|---|---|
| F | FERC Order, In re Independence Pipeline |
| G | FERC Environmental Assessment, Northern Border Project 2000 |
| H | FERC Website Excerpt |
| I | "An Interstate Natural Gas Facility on My Land?" published by FERC |
| J | Defendants' Responses to Plaintiffs' First Set of Interrogatories |
| K | Northern Natural's Request for Expedited Waiver |
| L | OCA's Resistance to Request for Expedited Waiver |
| M | Board Order Denying Request for Waiver |

Respectfully submitted by:

*[signature]*

PHILIP E. STOFFREGEN
HELEN C. ADAMS
BRET A. DUBLINSKE
OF
DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.
1600 Hub Tower, 699 Walnut Street
Des Moines, Iowa  50309-3986
Telephone:  (515) 244-2600
FAX:  (515) 246-4550
pstoffre@dickinsonlaw.com
hadams@dickinsonlaw.com
bdublins@dickinsonlaw.com

ATTORNEYS FOR
NORTHERN NATURAL GAS COMPANY
AND NORTHERN BORDER PIPELINE COMPANY

OF COUNSEL:

JAMES R. TALCOTT
Northern Natural Gas Company
1111 South 103rd Street
Omaha, Nebraska 68124-1000
(402) 398-7003
(402) 398-7426 FAX
Jim.talcott@dynegy.com

THOMAS LEHAN
Northern Border Pipeline Company
13710 FNB Parkway
Omaha, Nebraska 68154
(402) 398-7701
(402) 398-7780 FAX
Tom.lehan@nborder.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the document attached to this Certificate was hand-delivered to the persons listed below at the addresses indicated on the 12 day of November, 2002.

>Alan Kniep
>David Lynch
>Iowa Utilities Board
>350 Maple Street
>Des Moines, Iowa  50319

*[signature]*