

 **George Kampling**
04/04/03 12:54 PM

To: Donnell Vance/IASD/08/USCOURTS@USCOURTS
cc:
Subject: Via Notice for case 03-1889

----- Forwarded by George Kampling/IASD/08/USCOURTS on 04/04/03 12:56 PM -----

 **Eighth Circuit U.S. Court of Appeals Clerks Office** <Michael_Gans@ca8.uscourts.gov>
04/04/03 12:39 PM

To: James R. Rosenbaum <George_Kampling@iasd.uscourts.gov>
cc:
Subject: Via Notice for case 03-1889

April 4, 2003
Case Number: 03-1889

    District Court/Agency Case Number(s):  4:01-cv-70473

NORTHERN NATURAL GAS CO.; NORTHERN BORDER PIPELINE COMPANY

    Plaintiffs - Appellees

  v.

IOWA UTILITIES BOARD, Utilities Division, Department of Commerce; ALLAN T. THOMS;

    Defendants

DIANNE MUNNS;

    Defendant - Appellant

SUSAN FRYE;

    Defendant

MARK O. LAMBERT; ELLIOT SMITH

    Defendants - Appellants

(5072-010199)

----------------------VIA   TRANSMISSION----------------------
    United States Court of Appeals for the Eighth Circuit
              Circuit Clerks Office
      Voice: 314-244-2400      Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed.  If you are not one of the named

```
              PETERSEN COURT REPORTERS
              Suite 606
              317 Sixth Avenue
              Des Moines, IA  50309

              Mr. James R. Rosenbaum
              Clerk
              U.S. DISTRICT COURT, SOUTHERN IOWA
              P.O. Box 9344
              Des Moines, IA  50306-9344

(5075-010199)
```

------------------------VIA   TRANSMISSION------------------------

    United States Court of Appeals for the Eighth Circuit
                     Circuit Clerks Office
         Voice: 314-244-2400       Fax..: 314-244-2780

Confidential:  This Fax/E-mail and any files transmitted with it
are the property of the U.S. Courts, are confidential, and are
intended solely for the use of the individual or entity to whom
this Fax/E-mail is addressed.  If you are not one of the named
recipient(s) or otherwise have a reason to believe that you have
received this message in error, please notify the sender at
314-244-2400 and delete/destroy this message immediately.  Any
other use, retention, dissemination, forwarding, printing, or
copying of this Fax/E-mail is strictly prohibited.

------------------------------------------------------------------

----- Forwarded by George Kampling/IASD/08/USCOURTS on 04/04/03 12:56 PM -----



**Eighth Circuit U.S. Court of Appeals Clerks Office** <Michael_Gans@ca8.uscourts.gov>

04/04/03 12:40 PM

To: James R. Rosenbaum <George_Kampling@iasd.uscourts.gov>
cc:
Subject: Via Notice for case 03-1889

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE EIGHTH CIRCUIT
                    Thomas F. Eagleton Court House
                            Room 24.329              VOICE (314)244-2400
Michael E. Gans            111 S. 10TH Street         FAX (314)244-2780
Clerk of Court          St. Louis, Missouri 63102    www.ca8.uscourts.gov

                              April 4, 2003



Mr. David Jay Lynch
IOWA UTILITIES BOARD
Department of Commerce
350 Maple Street
Des Moines, IA  50319
```

Re:   03-1889   Northern Natural Gas vs. Diane Munns

Dear Counsel:

    We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee.  In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

    The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs.  You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html .  The material is provided to assist counsel in the preparation and filing of the record and briefs.  Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A).  Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel.  Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

    Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief.  Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief.  A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

Michael E. Gans
Clerk of Court

dgh

Enclosure(s)

cc:  Allan Kniep
    Philip Eugene Stoffregen
    Helen Christine Adams
    Bret Alan Dublinske
    Edie Daniels, Court Reporter
    James R. Rosenbaum, Clerk

    District Court/Agency Case Number(s):  4:01-cv-70473

----------------------VIA  TRANSMISSION----------------------

United States Court of Appeals for the Eighth Circuit
Circuit Clerks Office

```
          Voice: 314-244-2400      Fax..: 314-244-2780
```

Confidential: This Fax/E-mail and any files transmitted with it
are the property of the U.S. Courts, are confidential, and are
intended solely for the use of the individual or entity to whom
this Fax/E-mail is addressed. If you are not one of the named
recipient(s) or otherwise have a reason to believe that you have
received this message in error, please notify the sender at
314-244-2400 and delete/destroy this message immediately. Any
other use, retention, dissemination, forwarding, printing, or
copying of this Fax/E-mail is strictly prohibited.

--------------------------------------------------------------

----- Forwarded by George Kampling/IASD/08/USCOURTS on 04/04/03 12:56 PM -----



**Eighth Circuit U.S. Court of Appeals Clerks Office** <Michael_Gans@ca8.uscourts.gov>

04/04/03 12:40 PM

To: James R. Rosenbaum <George_Kampling@iasd.uscourts.gov>
cc:
Subject: Via Notice for case 03-1889

```
                  UNITED STATES COURT OF APPEALS
                       FOR THE EIGHTH CIRCUIT

                       APPEAL BRIEFING SCHEDULE

Appeal No.  03-1889  Northern Natural Gas v. Diane Munns

Date:   April 4, 2003

     This schedule has been established in conformity with the 8th
Cir.R. 28A & 30A, which is a modification of the procedure suggested in
FRAP. Because this court has directed that the practice of routinely
granting extensions of time be discontinued, counsel and court personnel
must carefully note the dates indicated and arrange their schedules to
insure compliance with this order.
                         APPEAL REQUIREMENTS
1. Complete and file immediately:
    a.  Appeal Information Form. 8th Cir. R. 3B.
    b.  Corporate Disclosure Statement.  8th Cir. R. 26.1A.
    c.  The enclosed Entry of Appearance Form.
2. Within 10 days of filing the notice of appeal, appellant must
    a.  order the necessary transcript part  or file a certificate of
        waiver.  FRAP 10 (b)
    b.  arrange for payment of transcript costs.  FRAP 10 (b)
    c.  confer with opposing counsel regarding method of
        preparation of appendix.  FRAP 30, 8th Cir. R. 30A.
3. Within 20 days of filing the notice of appeal, appellee must
    a.  order additional portions of transcript, if necessary.
    b.  arrange for payment of transcript costs.

                      COURT REPORTER REQUIREMENTS
1. Upon receipt of the transcript order, the reporter shall
    a.  endorse it and forward a copy to this court.  FRAP 11(b)
    b.  complete the transcript within 30 days.  FRAP 11(b)
```

2. Request an extension of time in writing with justification.

NOTE:  SANCTIONS MAY BE IMPOSED IF A TRANSCRIPT IS NOT ORDERED AND TRANSCRIBED IN ACCORDANCE WITH THE RULES.  Counsel will not be permitted to "buy time" by delaying the transcript order.

```
                         FILING DATES:
Method of Appendix Preparation Notification.........10 days from today
Designation & Statement of Issues-Appellant.........10 days from today
Designation of Record-Appellee..................10 days from service of
                                                appellant's designation
Transcript....................................................5/14/03
Appendix (3 copies)...........................................5/27/03
Brief-Appellant with addendum.................................5/27/03
Brief-Appellee................................................6/26/03
Reply-Brief...................................................7/10/03
```

ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE (5003-010199)

```
----------------------VIA   TRANSMISSION-----------------------
```

United States Court of Appeals for the Eighth Circuit
Circuit Clerks Office
Voice: 314-244-2400      Fax..: 314-244-2780

Confidential:  This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed.  If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately.  Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.

-----------------------------------------------------------------